POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LOUISE MARN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMDOCS LIMITED, SHUKY SHEFFER, ELI GELMAN, and TAMAR RAPAPORT-DAGIM,<br><br>Defendants. | Case No. 2:21-cv-03078-CAS-PVC |

NOTICE OF VOLUNTARY DISMISSAL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Stephanie Louise Marn v. Amdocs Limited et al.*, 2:21-cv-03078-CAS-PVC, brought before the United States District Court for the Central District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Stephanie Louise Marn hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  June 10, 2021

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Attorney for Plaintiff*